UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UVAS, LLC, a South Carolina limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> XENEX DISINFECTION SERVICES, LLC, a Texas limited liability company, <br><br> Defendant. | Case No.: 2:16-cv-00163-DCN |

**CONSENT ORDER RESOLVING PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff UVAS, LLC ("UVAS") filed a Motion for Sanctions against Defendant Xenex Disinfection Services LLC ("Xenex") on or about June 20, 2017 (Docket Entry # 80). The Plaintiff argues that the basis for this Motion is that only a portion of Defendant Xenex's responses to Plaintiff's Requests for Production organize and label the documents to correspond to the categories in the requests as required by Federal Rule of Civil Procedure 34.

Plaintiff UVAS and Defendant Xenex have resolved the dispute embodied in the Motion for Sanctions as follows, and it is hereby ORDERED, ADJUDGED and DECREED that:

(a) Defendant shall, in accordance with Federal Rule of Civil Procedure 34, organize and label documents produced pursuant to Plaintiff's Requests for Production to correspond to the categories in the three Requests for Production served by Plaintiff upon the Defendant, by designating which specific Bates numbers which documents correspond to each specific document request;

(b) Defendant shall remove the Attorney's Eyes Only designation from

        documents produced pursuant to three Requests for Production served by Plaintiff upon the Defendant unless such documents are, in good faith, eligible for such categorization under the Protective Order in this case; and

(c)    Defendant will comply with these requirements on or before October 15, 2017.

Plaintiff UVAS withdraws the Motion for Sanctions without prejudice to file an appropriate Motion if these terms are not complied with by the Defendant Xenex.

Plaintiff UVAS and Defendant Xenex are also discussing the documents to be produced by Defendant Xenex in response to Plaintiff's Third Request for Production of Documents. Defendant Xenex withdraws its Motion for Protective Order (Docket Entry # 90) filed on August 2, 2017, without prejudice to file an appropriate motion if the parties cannot agree on documents to be produced. Documents that are produced by Defendant Xenex in response to Plaintiff's Third Request for Production of Documents will be designated in compliance with Rule 34 as set forth herein.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

August 9, 2017
Charleston, South Carolina

- 3 -

| | |
|---|---|
| BARNWELL, WHALEY, PATTERSON, AND HELMS, LLC | RICHARDSON PLOWDEN & ROBINSON, P.A. |
| By: s/ John W. Fletcher<br>B. Craig Killough, Fed. ID No. 2330<br>David S. Cox, Fed. ID No. 6041<br>John W. Fletcher, Fed. ID No. 9375<br>P.O. Drawer H (29402)<br>Charleston, SC   29482<br>(843) 577-7700<br>*Counsel for Plaintiff/Counterclaim-Defendant* | By: s/ Samia H. Nettles<br>Steven J. Pugh, Fed. I.D. #7033<br>1900 Barnwell Street<br>Post Office Drawer 7788<br>Columbia, South Carolina 29202<br>(803) 771-4400<br><br>Samia H. Nettles, Fed. I.D. #10278<br>RICHARDSON PLOWDEN & ROBINSON, P.A.<br>PO Box 21203<br>Charleston, SC 29413<br>(843) 805-6550<br>*Counsel for Defendant/Counterclaim-Plaintiff* |