# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UVAS, LLC, a South Carolina Limited Liability Company, | Civil Action No. 2:16-cv-00163-DCN |
| Plaintiff/Counterclaim Defendant, | |
| v. | |
| | ORDER OF DISMISSAL |
| XENEX DISINFECTION SERVICES, LLC, a Texas Limited Liability Company, | |
| Defendant/Counterclaim Plaintiff/ Third-Party Plaintiff, | |
| v. | |
| DR. JEFFERY DEAL, | |
| Third-Party Defendant. | |

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), UVAS LLC, Xenex Disinfection Services, LLC, and Dr. Jeffery Deal, by and through their undersigned attorneys, hereby consent to the dismissal of the claims with prejudice (to include any and all counterclaims, cross-claims and third-party claims, that were, might have been, or may hereafter be made) with each party to bear its own costs.

Wherefore, based on the consent of the parties, the action is dismissed with prejudice.

_[signature]_

DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

August 6, 2018
Charleston, South Carolina

WE CONSENT:

| | |
|---|---|
| RICHARDSON PLOWDEN & ROBINSON, P.A. | BARNWELL, WHALEY, PATTERSON, AND HELMS, LLC |
| By: /s/Samia Hanafi Albenberg<br>   Samia Hanafi Albenberg<br>   Fed. ID No. 10278<br>   Steven J. Pugh<br>   Fed. ID No. 7033<br>   P.O. Box 21203<br>   Charleston, SC  29413<br>   (843) 805-6550<br>   ATTORNEYS FOR THE DEFENDANT | By: /s/B. Craig Killough<br>   B. Craig Killough<br>   Fed. ID No. 2330<br>   David S. Cox<br>   Fed. ID No. 6041<br>   John W. Fletcher<br>   Fed. ID No. 9375<br>   P.O. Drawer H (29402)<br>   Charleston, SC  29482<br>   (843) 577-7700<br>   ATTORNEYS FOR THE PLAINTIFF |

BARNWELL, WHALEY, PATTERSON, AND HELMS, LLC

By: /s/M. Dawes Cooke
M. Dawes Cooke
Fed. ID No. 288
P.O. Drawer H (29402)
Charleston, SC  29482
 (843) 577-7700
ATTORNEYS FOR DR. JEFFERY DEAL